1  JAMES R. HOMOLA #60244
   Attorney at Law
2  2950 Mariposa, Suite 250
   Fresno, California 93721
3  Telephone: (559) 441-7111
   FAX: (559) 441-7115
4
   Attorney for Defendant
5  ROSEMARY FIERROS



6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA
                         * * * * *
9
   UNITED STATES OF AMERICA      )   Case No. 11 CR 274 LJO
10                               )
            Plaintiff,           )
11     vs                        )   NOTICE OF WAIVER OF
                                 )   PERSONAL APPEARANCE
12 ROSEMARY FIERROS,             )
                                 )
13          Defendant.           )
   _____/
14
       Defendant ROSEMARY FIERROS hereby waives her right to be
15
   present in open court upon the hearing of any motion or other
16
   proceeding in this cause, including, but not limited to, when the
17
   case is ordered set for trial, when a continuance is granted, and
18
   when any other action is taken by the Court before or after trial,
19
   except upon arraignment, plea, impanelment of jury and imposition
20
   of sentence.
21
       Defendant requests the Court to proceed during every absence
22
   of hers which the Court may permit, pursuant to this waiver;
23
   agrees that her interests will be deemed represented at all times
24
   by the presence of her attorney, James R. Homola, as if Defendant
25

James R. Homola
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111

was personally present; and further agrees to be present in person, in court, for trial any day and time the Court may direct.

Defendant further acknowledges that she has been informed of her rights under the Speedy Trial Act (18 U.S.C. §§ 3161-3174), and authorizes his attorney to set times and approve delays under the Act without the Defendant's physical presence.

Dated: August    , 2011

_____
ROSEMARY FIERROS

Dated: September    , 2011

/s/ James R. Homola
James R. Homola
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

Date: 9-8-11

_____
Lawrence J. O'Neill
Judge, U.S. District Court

James R. Homola
Attorney at Law
2950 Mariposa St
Suite 250
Fresno, CA 93721
(559) 441-7111